IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LEE PITTMAN, JR.,      ) | |
|                 Plaintiff,      ) | |
| v.                                             ) | Case Number 2:14cv87-WHA |
| SANTANDER CONSUMER USA, INC., ) | |
|                 Defendant.      ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case this day ordering the claims to be submitted to arbitration,

Judgment is entered in favor of the Defendant, Santander Consumer USA, Inc., and against the Plaintiff, James Lee Pittman, Jr.

Costs are taxed against the Plaintiff.

DONE this 24th day of April, 2014.

                                                  /s/ W. Harold Albritton
                                                  W. HAROLD ALBRITTON
                                                  SENIOR UNITED STATES DISTRICT JUDGE